

**SO ORDERED,**

*/s/ Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CLAYTON AND DEIDRA CAMPBELL        CASE NO. 19-10714

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION (DK#26)**

The Court, being advised that the respective parties have resolved their dispute concerning the OBJECTION TO CONFIRMATION (DK#26), does hereby find and adjudicate, in accordance with the agreement of the parties, as follows:

1. That Bank of Holly Springs shall be paid $39,949.00 plus 6.75% interest in monthly payments for account number 8944 and $18,013.36 plus 6.75% interest in monthly payments for account number 8326 to be determined by the Trustee over the life of the debtors' plan.

2. That upon payment of $39,949.00 and $18,013.36, plus interest, any liens be canceled and any title documents be returned to the debtors.

3. That both accounts are fully secured by collateral that is cross-collateralized for each note.

4. That the remaining balance shall be paid as an unsecured creditor.

##END OF ORDER##

/s/ Bart M. Adams
_____
Bart M. Adams
Attorney for Bank of Holly Springs

Robert Lomenick by permission BMA
_____
Attorney for Debtors

Jeff Collier by permission BMA
_____
Attorney for Chapter 13 Trustee

Submitted by:

Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com