_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **CLAYTON CAMPBELL and DEIDRA CAMPBELL** | **19-10714-JDW** |

### AGREED ORDER OVERRULING OBJECTION TO CONFIRMATION

THIS MATTER came before the Court on the Trustee's Objection to Confirmation (Dkt. #28) and Amended Objection to Confirmation (Dkt. #30). The objections have been settled and the agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Objection to Confirmation (Dkt. #28) and the Amended Objection to Confirmation (Dkt. #30) shall be and are hereby overruled.

IT IS FURTHER ORDERED, that on or before July 19, 2019, the Debtors shall amend their Chapter 13 to provide that the continuing mortgage payment will commence with July 2019, with the arrears through June 2019 being paid over the plan term.

1

IT IS FURTHER ORDERED, that on or before July 31, 2019, the Trustee shall receive from the Debtors guaranteed funds in the amount of $3,100.00.

IT IS FURTHER ORDERED, that on or before August 20, 2019, the Trustee shall receive from the Debtors guaranteed funds in the amount of $1,217.00. Such funds are in addition to the regular plan payment due in August 2019 which must also be remitted as required.

IT IS FURTHER ORDERED, that the failure of the Debtors to comply with any of the terms of this order shall result in the dismissal of this case with the necessity of further notice or hearing.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert Lomenick
ROBERT LOMENICK
ATTORNEY FOR DEBTORS

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645